UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

CHADRICK WHITE,

   Plaintiff,

vs.               Case No. 18-cv-1515

PFISTER BULK TRANSPORT, LLC,

   Defendant.

## STIPULATED FED. R. CIV. P. 41 DISMISSAL WITH PREJUDICE

Plaintiff Chadrick White and Defendant Pfister Bulk Transport, LLC, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the above-captioned case be dismissed with prejudice and without costs to any party.

Dated this 8th day of February, 2019.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| s/ *James R. Phelan* | s/ *Timothy P. Maynard* |
| James R. Phelan, SBN 1057611 | Larry A. Johnson, SBN 1056619 |
| jphelan@remleylaw.com | ljohnson@hq-law.com |
| | Summer H. Murshid, SBN 1075404 |
| | smurshid@hq-law.com |
| | Timothy P. Maynard, SBN 1080953 |
| | tmaynard@hq-law.com |
| **Remley & Sensenbrenner, S.C.** | **Hawks Quindel, S.C.** |
| 219 E. Wisconsin Ave. | 222 E Erie Street, Suite 210 |
| Neenah, WI 54956 | Milwaukee, WI 53202 |
| (920) 725-2601 (office) | (414) 271-8650 (office) |
| (920) 725-5814 (facsimile) | (414) 271-8442 (facsimile) |
| **Attorney for Defendant** | **Attorneys for Plaintiff** |